ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
| --- | --- |
| v. | |
| RICKY JOHN HUNT, JR. (01) | 3-19CR-374-S |
| AMANDA PARISH (02) | |

# INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Between in or about March 27, 2018 and March 27, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Ricky John Hunt, Jr.** and **Amanda Parish**, knowingly and intentionally combined, conspired, confederated and agreed with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C))

On or about March 27, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Ricky John Hunt, Jr.** and **Amanda Parish**, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

## Forfeiture Notice
(21 U.S.C. § 853(a))

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction for any of Counts One or Two of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Ricky John Hunt, Jr.** and **Amanda Parish**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense. This specifically includes a North American Arms .22 caliber revolver, serial number #L210629.

A TRUE BILL;

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

RICKY JOHN HUNT, JR. (01)
AMANDA PARISH (02)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Counts 1)

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Count 2)

21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this ___7___ day of August, 2019.

**Warrant to be Issued for all Defendants**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending